THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANCIS LINTON, Appellant.

(Submitted January 7, 1918; decided January 29, 1918.)

MOTION to dismiss an appeal from a judgment of the Court of General Sessions of the Peace in the County of New York, rendered May 29, 1917, upon a verdict convicting the defendant of the crime of murder in the first degree.

The motion was made upon the ground of failure to prosecute the appeal.

*Edward Swann, District Attorney,* for motion.

*Clark L. Jordan* opposed.

Motion denied on condition that within thirty days after decision of motion for new trial, appellant complete record on appeal and serve copies of brief.